**No. 54084.**—Syndicate Arkwright Trading Co., Inc. *v.* United States, protest 145463–K (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54085.**—J. S. Hoffman Co., Inc., et al. *v.* United States, protests 145563–K, etc. (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54086.**—John Alban & Co., Inc. *v.* United States, protests 147825–K and 148202–K (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54087.**—Berolio Import Co., Inc. *v.* United States, protest 148157–K (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 54088.**—The Buckingham Corporation *v.* United States, protest 151306–K (New York).

Opinion by JOHNSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protest.

BEFORE THE FIRST DIVISION, MARCH 2, 1950

**No. 54089.**—Ciba Pharmaceutical Products, Inc. *v.* United States, protest 144401–K (New York).

Opinion by COLE, J.   It was stipulated that the merchandise in question is the same in all material respects as the estrogenic hormone passed upon in *Roche-Organon* v. *United States* (35 C. C. P. A. 99, C. A. D. 378).   The claim at 10 percent under paragraph 34 was therefore sustained.

BEFORE THE SECOND DIVISION, MARCH 2, 1950

**No. 54090.**—European Vibraphone Company *v.* United States, protests 68909–K, etc. (Los Angeles).

Opinion by LAWRENCE, J.   The protests were dismissed.